**Filed June 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00424-CV

## IN RE BUCKNER ADOPTION AND MATERNITY SERVICES, INC., ET AL, Relators

Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-18-04583-C

# ORDER
Before Justices Myers, Nowell, and Molberg

Based on the Court's opinion of this date, we **DENY** relators' amended petition for writ of

mandamus.


/Lana Myers/

LANA MYERS
JUSTICE